1:24-CV-1034

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 08 2024

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

Atlanta Division

*IN GOD WE TRUST*
*non violent* Dr. Ging Philogene
Brenda Butler Bryant
*Federal worker Seasonal*

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

-v-

Hotels, Motels &
Holiday Inns & Suites  Willie Copeland

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Brenda Butler Bryant
Street Address: PO Box 54387
City and County: Atlanta
State and Zip Code: GA 30341
Telephone Number: 470-630-2768
E-mail Address: Brenda.B.Butters7@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
  Name: Hotels, Motels & Holiday Inn Suites
  Job or Title (if known):
  Street Address:
  City and County: Atlanta GA
  State and Zip Code: Washington DC
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: Ramada Inn
  Job or Title (if known):
  Street Address:
  City and County: Atlanta Georgia
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name: Budgetell Inn & Suites
  Job or Title (if known):
  Street Address: 2001 Clearview Ave
  City and County: Doraville GA 30340
  State and Zip Code:
  Telephone Number: (770) 455-3700
  E-mail Address (if known):

Defendant No. 4
  Name: Red Roof Plus Inn & Suites / Red Roof Inn / Red Roof
  Job or Title (if known):
  Street Address: Atlanta GA
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

$ = Gift   $ = winning   NOSKN = Free Issuance, Federal Laws violation, Securities Laws violation, Fed world Sasen

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* Brenda Bailey Guy is a citizen of the State of *(name)* Georgia.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* Hotels, Motels & Holidays Inn, is incorporated under the laws of the State of *(name)* GA, DC, Maryland, Virginia, South Virginia and has its principal place of business in the State of *(name)* Maryland.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* Hotels, Motels & Holiday Inn, is a citizen of the State of *(name)* GA, DC, Maryland, Virginia. Or is a citizen of Sutag *(foreign nation)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, (name) Hotels, Motels & Holiday Inn etc, is incorporated under the laws of the State of (name) GA, DC, Virginia, and has its principal place of business in the State of (name) GA, DC, Virginia

Or is incorporated under the laws of (foreign nation) Maryland, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain): One Billion dollars Robbery of Securities, Civil Rights Laws violation, Securities Laws violation, Business Laws violation, Insurance Laws violation

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

$ = Gift  $ = Winning  No sign = Free Issuance, Robbery of Securities, Insurance Laws violation, Civil Rights Laws violation

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Robbery of Securities, Insurance Claims, One Billion dollars Daily, Insurance Laws violation, Civil Rights Laws violation, Traveler Laws violation

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/07/2024

Signature of Plaintiff: *Brenda Butler Byrd* [and additional signatures]

Printed Name of Plaintiff: Brenda Butler Byrd

### B. For Attorneys

Date of signing:

Signature of Attorney: Civil Rights Lawyers

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Street Address:

State and Zip Code: Washington DC

Telephone Number:

E-mail Address:



Need Help? Call us +1-844-441-0866 (tel:+1-844-441-0866)
Phone reservations are provided by a 3rd party

# Red Roof PLUS+ Atlanta - Buckhead

◎ 1960 North Druid Hills Road Northeast, Atlanta, Georgia 30329, Atlanta, GA United States Of America

★★ | 610 Reviews | ⊙ ●●●●○

| | |
|---|---|
| **The offer expires in** | 27:14 Minutes |

| **Your Booking Details** | Change |
|---|---|
| Check In | Mar 04, 2024 ⓘ |
| Check Out | Please verify ~~Mar 05, 2024~~ your check in date is today |
| Number of nights | 1 Night |
| Guests | 2 Adults |

| Room Type   Standard Room | $ 52 |
|---|---|

🍴 Room Only
☒ Non Refundable

💲 You saved $6 for booking with us !
Your support allow us to keep develop more ways for saving!

| 0.9% | 1.4% | 1.8% |
|---|---|---|
| $0.60 | $0.90 | $1.20 |

| No Tip |
|---|

○ VIP Services                                        $ 4.99
    24/7 customer service
    Priority VIP phone line
    Answers within 90 seconds (our average)

---

Handwritten annotations:

$ = GIFT

$ = winning

NO SIGN = Free Issuance

Robbery of Securities

Thieves